In the Matter of DONALD MOULDEN, Petitioner, v THOMAS A. COUGHLIN, III, as Commissioner of the New York State Department of Correctional Services, et al., Respondents. [621 NYS2d 250] —Determination unanimously confirmed and petition dismissed. Memorandum: Although this proceeding should not have been transferred to this Court pursuant to CPLR 7804 (g) inasmuch as it does not raise a substantial evidence question, we nonetheless consider the merits in the interest of judicial economy *(see, Matter of Dubb Enters. v New York State Liq. Auth.,* 187 AD2d 831, 832).

Upon our review of the record, the applicable statutes *(see,* Correction Law § 851 *et seq.),* and the regulations promulgated thereunder *(see,* 7 NYCRR part 1900), we conclude that respondents' denial of petitioner's application for temporary release satisfied the applicable requirements and criteria and was not irrational *(see, Matter of Walker v LeFevre,* 193 AD2d 982, 983; *Matter of Gonzalez v Wilson,* 106 AD2d 386, 386-387). Moreover, having considered and properly denied petitioner's application, and having taken into account that an inmate in prison for the use of a deadly weapon is ineligible to participate in a temporary release program absent special permission by the commissioner *(see,* Correction Law § 851 [2]; *see also,* 7 NYCRR 1900.4 *[l]* [4]), respondents properly directed

petitioner not to reapply for temporary release. (Article 78 Proceeding Transferred by Order of Supreme Court, Orleans County, Punch, J.) Present—Denman, P. J., Green, Balio, Callahan and Boehm, JJ.